UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCH SPECIALTY INSURANCE COMPANY,

Plaintiff,

-against-

RICKY'S BRONX PROPERTY,

LLC ET AL

Defendant.

26-cv-4727 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

In light of Defendant's June 12, 2026 letter response not objecting to remand, the Clerk

of Court is respectfully directed to  to remand this action to state court.

SO ORDERED.

Dated:   June 16, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge